ACCEPTED
06-16-00108-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/1/2016 9:54:25 AM
DEBBIE AUTREY
CLERK

NO. 06-16-00108-CR

IN THE COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS

AT TEXARKANA, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
7/1/2016 9:54:25 AM
DEBBIE AUTREY
Clerk

TODD OKEITH SMITH,
Appellant

VS.

THE STATE OF TEXAS,
Appellee

Appealed from the 276th Judicial District Court
Marion County, Texas
Trial Court Cause No. F14488

**BRIEF OF APPELLANT IN SUPPORT OF
MOTION TO WITHDRAW**

Submitted by:

James P. Finstrom
Counsel for Appellant
P.O. Box 276
Jefferson, Texas 75657
903-665-7111
Fax: 903-665-7167
State Bar #07038000

APPELLANT DOES NOT REQUEST ORAL ARGUMENT

# IDENTITY OF PARTIES AND COUNSEL
## Pursuant to T.R.A.P. 38.1(a)

Appellant:  Todd Okeith Smith
Institutional Division of Texas Department
  of Criminal Justice
Joe F. Gurney Unit
1385 FM 3328
Palestine, Texas 75803


Counsel for Appellant at trial:

Hon. William T. Hughey
P. O. Box 2012
Marshall, Texas  75671

Counsel for Appellant on appeal:

Hon. James P. Finstrom
P.O. Box 276
Jefferson, Texas 75657

State's Counsel at trial and on appeal:

Hon. Angela Smoak
102 West Austin Street
Jefferson, Texas  75657

Trial Judge:

Hon. Robert Rolston, Judge,
276th Judicial District Court
Marion County, Texas

# TABLE OF CONTENTS
### Pursuant to T.R.A.P. 38.1(b)

Page

IDENTITY OF PARTIES AND COUNSEL 2

TABLE OF CONTENTS 3

INDEX OF AUTHORITIES 4

STATEMENT OF THE CASE 5

ISSUE PRESENTED 6

ISSUE NO. 1:  DOES THE ISSUE WHETHER THE EVIDENCE IS SUFFICIENT TO SUSTAIN THE COURT'S ORDER ADJUDICATING APPELLANT'S GUILT HAVE MERIT ON APPEAL?

ISSUE NO. ONE (Restated) 6

DOES THE ISSUE WHETHER THE EVIDENCE IS SUFFICIENT TO SUSTAIN THE COURT'S ORDER REVOKING APPELLANT'S DEFERRED ADJUDICATION HAVE MERIT ON APPEAL?

SUMMARY OF THE ARGUMENT 6

ARGUMENT (Issue No. 1) 6

PRAYER 7

CERTIFICATE OF SERVICE 8

CERTIFICATE OF COMPLIANCE 8

## INDEX OF AUTHORITIES
### Pursuant to T.R.A.P. 38.1(c)

Cases:                                                    Page

Burns v. State, 835 S.W.2d 733                              7
        (Tex.App.—Corpus Christi 1992, p.d.r. ref.)

Gobell v. State, 528 S.W.2d 223                             7
        (Tex.Crim.App. 1975)

Jones v. State, 571 S.W.2d 191                              7
        (Tex.Crim.App. 1978)

Statutes:

All references to Texas statutes, rules, etc. are to the latest edition published by West Publishing Company, unless otherwise noted.

## STATEMENT OF THE CASE
## Pursuant to T.R.A.P. 38.1(d)

Appellant was placed on deferred adjudication for ten (10) years on May 4, 2015.  (CR 10)  The State filed State's Motion to Proceed with an Adjudication of Guilt on February 22, 2016.  (See Supplemental Clerk's Record)  The trial court heard the Motion on May 13, 2016.  (CR 3-4)  Appellant pleaded true to allegations 1 2, and 4 and not true to allegation 3 in the Motion To Revoke.  (CR 10-11, RR  11-13)  The trial court found allegations to be true and adjudicated Appellant and sentenced him to 15 years confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellant gave timely notice of appeal June 10, 2016.  (CR 10-11) Counsel was appointed to represent Appellant on appeal on June 23, 2016.  (CR 4)   Counsel for Appellant believes that the appeal of this cause is without merit and submits this brief with his motion to withdraw from representation in this cause.

Counsel for Appellant is sending a copy of this Brief and a copy of the clerk's transcript and court reporter's record to Appellant the date this Brief is filed.

**ISSUES PRESENTED**
Pursuant to T.R.A.P. 38.1(e)

ISSUE NO 1:   DOES THE ISSUE WHETHER THE EVIDENCE IS SUFFICIENT TO SUSTAIN THE COURT'S ORDER ADJUDICATING APPELLANT'S DEFERRED ADJUDICATION HAVE MERIT ON APPEAL?

ISSUE NO. ONE

(Restated)

DOES THE ISSUE WHETHER THE EVIDENCE IS SUFFICIENT TO SUSTAIN THE COURT'S ORDER ADJUDICATING APPELLANT'S DEFERRED ADJUDICATION HAVE MERIT ON APPEAL?

**SUMMARY OF THE ARGUMENT**
Pursuant to T.R.A.P. 38.1(g)

Appellant discerns no potential issues to be raised on the appeal of this cause other than the sufficiency of evidence to support the judgment of the trial court finding Appellant guilty and adjudicating him and sentencing him to fifteen (15) years confinement in the Institutional Division of the Texas Department of Criminal Justice.

**ARGUMENT**

Pursuant to T.R.A.P. 38.1(h)
Issue No. 1

Appellant entered pleas of true to three of the allegations of the motion to adjudicate filed against him. (RR 11-13)  These alone are sufficient to sustain the trial court's order adjudicating and sentencing

him.  See <u>Jones v. State</u>, 571 S.W.2d 191, 193-94 (Tex.Crim.App. 1978; <u>Gobell v. State</u>, 528 S.W.2d 223, 224 (Tex.Crim.App. 1975); <u>Burns v. State</u>, 835 S.W.2d 733 (Tex.App.—Corpus Christi 1992, p.d.r. ref.)  There are no other issues legal presented in connection with the revocation proceeding which might arguably result in reversal of the trial court's order revoking probation.

### PRAYER

Upon the issues presented, counsel for Appellant, Todd Okeith Smith, is of the opinion that Appellant's appeal is without merit in this case, prays that he be permitted to withdraw in this case and for such other and further relief to which Appellant may be entitled.

Respectfully submitted,


 /s/James P. Finstrom
James P. Finstrom
Counsel for Appellant
202 S. Marshall,
P.O. Box 276
Jefferson, Texas 75657
903-665-7111
Fax: 903-665-7167
Texas Bar #07038000

## CERTIFICATE OF SERVICE

I certify that I have delivered a true copy of this brief to Hon. Angela Smoak, counsel for the State, and to Appellant by United States mail, first class postage prepaid, at the Joe G. Gurney Unit, 1385 FM 3328, Palestine, Texas 75803, on this 1st day of July, 2016.

/s/James P. Finstrom
James P. Finstrom

## CERTIFICATE OF COMPLIANCE

I certify that Appellant's Brief filed electronically on this 1st day of July, 2016 complies with Tex. R. App. P. 9.4(i)(2)(B).  This Brief contains 900 words.

/s/ James P. Finstrom
James P. Finstrom

8